**No. 59364.**— Kassin Bros., Inc., et al. *v.* United States, protests 247940–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59365.**— Ch. Chraime et al. *v.* United States, protests 261649–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of scarves or squares the same in all material respects as those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 20, 1955

**No. 59366.**— A. V. Olsson Trading Co., Inc. *v.* United States, protests 194279–K, etc. (San Francisco).

Opinion by EKWALL, J.  In view of the agreement of counsel, the protests were dismissed.